The People of the State of New York, Respondent, v Wesley Kirkland, Appellant. [892 NYS2d 842]—

Present—Scudder, P.J., Hurlbutt, Smith and Centra, JJ.